In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00010-CV

                                                ______________________________

 

 

                             IN THE MATTER OF THE
MARRIAGE OF

                             BARBARA (ANN WALDRUP) MORGAN,

                                  AND SHAWN GREGORY MORGAN

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                           Hopkins County, Texas

                                                          Trial Court
No. CV39918

 

                                               
                                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            Shawn
Gregory Morgan, appellant, filed his notice of appeal January 18, 2011. 

            The
clerk’s record was filed February 10, 2011, and the reporter’s record was filed
April 19, 2011.  Morgan’s brief was
therefore due May 19, 2011.  Morgan has
requested five extensions of time to file the brief.  This Court granted the last extension to October
6, but warned Morgan that if a brief was not received by that date, “the appeal
will be subject to dismissal for want of prosecution.”  Tex.
R. App. P. 42.3(b).  

            Counsel
called this Court last week and informed us that he was sending yet another request
for extension.  That extension has not
been received.  Pursuant to Rule 42.3(b),
we dismiss this appeal for want of prosecution. 
Tex. R. App. P. 42.3(b).

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          October 27, 2011

Date
Decided:             October 28, 2011